**DISMISS; and Opinion Filed February 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01274-CV

### SINIDU NEGASH, Appellant
### V.
### CLAUDIA BURNS, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01125-2013**

## MEMORANDUM OPINION
Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Schenck

Before the Court is appellee's January 26, 2015 motion to dismiss the appeal for want of prosecution. In the motion, appellee specifically contends we should dismiss this appeal because appellant has failed to file a brief as directed by the Court. Our records show that by postcard dated December 2, 2014, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we grant appellee's January 26, 2015 motion and dismiss this appeal. *See*

TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

141274F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SINIDU NEGASH, Appellant

No. 05-14-01274-CV     V.

CLAUDIA BURNS, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-01125-2013.
Opinion delivered by Justice Schenck.
Justices Lang and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CLAUDIA BURNS recover her costs of this appeal from appellant SINIDU NEGASH.

Judgment entered this 17th day of February, 2015.